SEP 11 2026 AM9:11
FILED-USDC-NDTX-FW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHASE MILES RIORDAN (01)

No. 4-26CR-293-P

**MISDEMEANOR INFORMATION**

The United States Attorney charges:

Count One
Violation of National Defense Airspace
(Violation of 49 U.S.C. §§ 46307 and 40103(b)(3))

On or about June 14, 2026, in the Fort Worth Division of the Northern District of Texas, the defendant, **Chase Miles Riordan**, knowingly and willfully violated National Defense Airspace, in that he operated an unmanned aircraft system in an area designated as a temporary flight restricted area under 49 U.S.C. § 40103(b)(3) and Notice to Air Mission FDC 6/7619.

In violation of 49 U.S.C. §§ 46307 and 40103(b)(3).

RYAN RAYBOULD
UNITED STATES ATTORNEY

for

ERIC B. CHEN
Assistant United States Attorney
State Bar of Texas No. 24094587
Telephone: 817-252-5200
Fax: 817-252-5455
eric.chen@usdoj.gov